No. 25-5943

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

AMERICAN MARRIAGE MINISTRIES,

*Appellant,*

v.

CHERYL COLLINS, ET AL.,

*Appellees.*

On Appeal from the United States District Court
for the Eastern District of Tennessee
No. 3:24-cv-247

## UNOPPOSED MOTION FOR EXTENSION OF TIME

1. Pursuant to Federal Rule of Appellate Procedure 26(b) and Sixth Circuit Rule 26(a), Appellees respectfully request a 30-day extension of time, up to and including March 16, 2026, for filing their response brief. Appellant consents to the requested 30-day extension.

2. Appellees' counsel, Matthew D. Cloutier, has principal responsibility for preparing Appellees' brief in this case. During the briefing period, he will also be involved in preparing briefs for *Welty v. Dunaway*, Nos. 25-5378 & 25-5739 (6th Cir.); *City of Milan v. Agee*, No. W2024-00200-SC-R11-CV (Tenn.); and *Harris v. Lee*, No. M2025-01915-COA-R9-CV (Tenn. Ct. App.), among other case-related obligations.

3. The requested extension is not sought for delay, but to ensure that the Court receives fulsome briefing.

4. This is Appellees' first request for an extension of time to file their merits brief.

5. Appellant consents to this motion.

## CONCLUSION

Appellees respectfully request a 30-day extension of time, up to and including March 16, 2026, for their first brief.

Dated: January 16, 2026

Respectfully submitted,

Jonathan Skrmetti
  *Attorney General & Reporter*

Matthew D. Cloutier
  *Assistant Solicitor General*

Office of the Tennessee Attorney General & Reporter
P.O. Box 20207
Nashville, TN 37202
Matt.Cloutier@ag.tn.gov
(615) 741-2162

*Counsel for Appellees*

# CERTIFICATE OF SERVICE

On January 16, 2026, I filed an electronic copy of this motion with the Clerk of the Sixth Circuit using the CM/ECF system. That system sends a Notice of Docket Activity to all registered attorneys in this case. Under 6 Cir. R. 25(f)(1)(A), "[t]his constitutes service on them and no other service is necessary."

*/s/ Matthew D. Cloutier*
MATTHEW D. CLOUTIER
